John A. Maslasky and Lillian H. Maslasky, Appellees,
v. Boulevard Manor Defense Homes, Inc., Appel-
lant.

Gen. No. 44,202.

644

opinion filed November 16, 1948; released for publication December 2, 1948. Kriebel & Hubbard, for appellant; no appearance for appellees. Opinion by PRESIDING JUSTICE SULLIVAN. Not to be published in full.

